IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMOY HODGE,

    Petitioner,

v.                                                                4:21cv107–WS/EMT

MARK S. INCH,

    Respondent.

_____

ORDER DISMISSING PETITIONER'S
PETITION FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation (ECF No. 18) docketed November 23, 2021. The magistrate judge recommends that Petitioner's petition for writ of habeas corpus be DISMISSED as untimely. Petitioner has filed objections (ECF No. 19) to the magistrate judge's report and recommendation, and those objections have been carefully reviewed by the undersigned.

Upon review of the record in light of Petitioner's objections, the court has determined that the magistrate judge's report and recommendation is due to be

adopted. Like the magistrate judge, the undersigned finds that Petitioner has not met the standard for gaining federal review of his time-barred petition through the fundamental miscarriage of justice exception.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 18) is hereby ADOPTED and incorporated by reference into this order.

2. Respondent's motion to dismiss (ECF No. 10) is GRANTED.

3. Petitioner's petition for writ of habeas corpus (ECF No. 1) is DISMISSED with prejudice as untimely.

4. The clerk shall enter judgment stating: "Petitioner's petition for writ of habeas corpus is DISMISSED."

5. A certificate of appealability is DENIED.

DONE AND ORDERED this ___3rd___ day of ___January___, 2022.

        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE.